COCHRAN *v.* WARLICK.

LITTLE, J. 1. It does not appear that any error was committed in admitting or rejecting evidence, and under the record the evidence warranted the verdict.

2. The ruling made above disposes of all the grounds of the motion for a new trial, the correctness of which was certified by the presiding judge.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1,—Decided April 29, 1902.

Complaint for land. Before Judge Candler. Campbell superior court. July 24, 1901.

*J. F. Golightly* and *J. H. Longino*, for plaintiff in error.

*Dorsey, Brewster & Howell, L. S. Roan*, and *A. Heyman*, contra.